```
                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
```

HERMAN ADKINS,                )  CV 01-1574 P
                              )
            Plaintiff,        )  ORDER GRANTING MOTION TO
                              )  RECUSE
vs.                           )
                              )
DANNY C. MILLER, et al.,      )  THIS CONSTITUTES NOTICE OF ENTRY
                              )  AS REQUIRED BY FRCP, RULE 77(d).
            Defendant.        )
_____)

The matter is before the Court on plaintiff's Renewed Motion to Recuse the trial judge in this matter, filed October 30, 2006.

On September 13, 2006, the Ninth Circuit Court of Appeals issued an Order granting plaintiff's Writ Petition. On October 17, the Ninth Circuit amended its September 13 order, by deleting the provision requiring that the case be transferred to another judge. The Circuit Court concluded, on reflection, that it would have been preferable, before ordering the transfer, to allow plaintiff to first present his renewed motion to the district judge who considered the initial recusal motion. Plaintiff has so moved, and this Court has read and considered his motion and defendants' Opposition thereto. The Court grants the Motion.

/ / /

In its October 17 Order, the Circuit Court reached the following findings and conclusions:

1. Based on the record of the pre-trial and trial proceedings, the impartiality of the trial judge might reasonably be questioned.

2. Transfer of this matter to a different judge for retrial would preserve the appearance of justice.

3. "In light of the clear indications of the district judge's past bias in this case, . . . the district judge's further actions with respect to ordering a mistrial demonstrated sufficient bias under the statute to warrant a transfer."

Faced with these express findings, this Court has no option but to order this matter transferred to a different judge for all purposes.

Plaintiff's Motion to Recuse is granted. This case is returned to the Clerk of the Court for random reassignment.

Dated this 13th day of November 2006.

FLORENCE-MARIE COOPER
United States District Court Judge