UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 3 0 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

HERMAN ATKINS,

      Plaintiff - Appellee,

  v.

COUNTY OF RIVERSIDE, a public entity,

      Defendant,

  and

DANNY C. MILLER, Detective,

      Defendant - Appellant. -

No. 07-56009

D.C. No. CV-01-01574-DDP
Central District of California,
Los Angeles

ORDER



RECEIVED
CLERK, U.S. DISTRICT COURT

DEC - 3, 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

    Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

    The certified copy of this order sent to the district court shall constitute the mandate.

For the Court

Mimi Glumac
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

INTERNAL USE ONLY: Proceedings include all events.
07-56009 Atkins v. County of Riverside, et al

HERMAN ATKINS
     Plaintiff - Appellee

Debi Cornwall, Esq.
8th Flr
[COR LD NTC ret]
COCHRAN NEUFELD & SCHECK, LLP
99 Hudson St.
New York, NY 10013

Cameron A. Stewart, Esq.
[COR LD NTC ret]
880 Wellesley
Los Angeles, CA 90049

    v.

COUNTY OF RIVERSIDE, a public entity
    Defendant

No appearance

DANNY C. MILLER, Detective
    Defendant - Appellant

Bruce E. Disenhouse, Esq.
FAX 951/683-7759
951/683-2410
Ste. 700
[COR LD NTC ret]
KINKLE RODIGER & SPRIGGS
3333 - 14th St.
Riverside, CA 92501

Arthur K. Cunningham, Esq.
FAX 909/387/1138
909/387/1130
Suite 600
[COR LD NTC ret]
LEWIS, D'AMATO, BRISBOIS & BISGAARD LLP
650 East Hospitality Lane
San Bernardino, CA 92408

Christopher D. Lockwood, Esq.
FAX 909/890-0185
909/890-0125
Ste. 314
[COR LD NTC ret]
ARIAS & LOCKWOOD
225 West Hospitality Lane
Sam Bernardino, CA 92408